707(b)(3) Analysis - US Trustee

**Jeffrey L. Johnson**
**Case#:17-10037-SAH**

| | Schedules J Amounts | Schedules I & J Totals | Differences | U.S. Trustee Computation | |
|---|---|---|---|---|---|
| **Schedule I Gross Income** | | $6,545.59 | $855.17 | $7,400.76 | Monthly gross employment income. See attached sheet for gross pay and related payroll deduction details. |
| **Less: Payroll Deductions** | | | | | |
| Payroll Taxes | | $1,485.32 | **$307.80** | $1,793.12 | |
| Insurance | | $544.92 | **($0.81)** | $544.11 | Retirement contributions and loan repayments are voluntary. Retirement loans are not a debt or claim. |
| Retirement Contributions (voluntary) | | $392.73 | **($392.73)** | $0.00 | |
| Retirement Loan Repayments | | $346.71 | **($346.71)** | $0.00 | |
| TOTAL | | $2,769.68 | **($432.45)** | $2,337.23 | |
| **Net Income** | | $3,775.91 | **$1,287.62** | $5,063.53 | |
| **Less: Schedule J Expenses** | | | | | |
| Home Mortgage / Rent (Taxes & Ins) | | $1,040.00 | **$0.00** | $1,040.00 | Mortgage payment exceeds the IRS standard housing allowance of $1,001. |
| Non-Mortgage / Utilities | | | | | |
| electric, heat, natural gas | $200.00 | | | | |
| water & sewer | $65.00 | | | | |
| telephone, cell phone, internet | $400.00 | | | | |
| Other (cell phone) | $0.00 | | | | |
| home maintenance | $0.00 | | | | IRS standard utility allowance. |
| TOTAL | | $665.00 | **($192.00)** | $473.00 | |
| Food, Clothing, Household, etc. | | | | | |
| food & housekeeping supplies | $600.00 | | | | |
| clothing, laundry & dry cleaning | $0.00 | | | | |
| personal care products & services | $20.00 | | | | |
| entertainment & recreation | $0.00 | | | | IRS standard food & clothing allowance. |
| other household expenses | $0.00 | | | | |
| TOTAL | | $620.00 | **$463.00** | $1,083.00 | |
| Transportation Expense | | $400.00 | **($180.00)** | $220.00 | IRS standard vehicle operating expense allowance (one financed vehicle). |
| Transportation Ownership | | | | | |
| Car payments | $327.00 | | | | |
| Vehicle Insurance | $100.00 | | | | IRS standard vehicle ownership expense allowance (one financed vehicle). |
| Taxes - car tags | | | | | |
| TOTAL | | $427.00 | **$44.00** | $471.00 | |
| Life Insurance | | $0.00 | **$0.00** | $0.00 | |
| Health Insurance | | $0.00 | **$0.00** | $0.00 | |
| Alimony/Child Support | | $700.00 | **$0.00** | $700.00 | |
| Childcare | | $0.00 | **$0.00** | $0.00 | |
| Student Loans | | $0.00 | **$0.00** | $0.00 | |
| Health Care (medical & dental) | | $0.00 | **$108.00** | $108.00 | IRS standard medical expense allowance. |
| Charitable Contributions | | | **$0.00** | | |
| **Total Sch. J Expenses** | | $3,852.00 | **$243.00** | $4,095.00 | |
| **Net Income** | | **$3,775.91** | **$1,287.62** | **$5,063.53** | |
| **Less:Schedule J Expenses** | | **$3,852.00** | **243.00** | **$4,095.00** | |
| **Monthly Disposable Income** | | **($76.09)** | **$1,044.62** | **$968.53** | |

| 60 month disposable income: | $58,111.80 |
|---|---|
| Total unsecured debt: | $5,054.00 |
| Potential payout to unsecured creditors: | 1149.82% |

707(b)(3) Analysis - US Trustee

Debtor: works for DCP Services, LLC
Paid every two weeks
*(Used 12/31/16 YTD Figures)*

| | |
|---|---|
| Gross | 7,400.76 |
| Taxes | 1,793.12 |
| Insurance | 544.11 |

Prepared by JMc on 2/14/2017                    UST Exhibit "A"